

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2019

No. 04-19-00423-CV

**IN RE Z.K.T.W. AND Z.K.R.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00921
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellee's brief is past due. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellee's brief due within 10 days of this order. If the brief is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk